# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**
**Heidi M Garrison,**                    :        Chapter 13
                                         :
                                         :        Case No. 25-14898 (PMM)
                                         :
**Debtor.**                              :

## ORDER TO SHOW CAUSE

**AND NOW,** the *pro se* Debtor having failed to file all documents and schedules required by Fed. R. Bankr. P. 1007, see doc. no. 5;

It is hereby ORDERED, that the Debtor **SHALL APPEAR for a hearing on Thursday, January 8, 2026 at 11:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601 and **show cause** why this case should not be dismissed for failure to timely file documents.

Failure to appear for the hearing and or to file the required documents may result in **dismissal** of this case without further notice or hearing.

**Date:  12/17/25**

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Heidi M Garrison
36 Canal Street
Leesport, PA 19533