**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

**Heidi M Garrison,**

      **Debtor.**

:    Chapter 13

:    Case No. 25-14898 (PMM)

:

:

**ORDER**

**AND NOW** a Show Cause hearing having been held and concluded on January 8, 2026;

AND the Debtor having failed to appear at the hearing;

AND the Debtor having failed to complete the actions outlined in the Show Cause Order;

It is hereby **ordered** that this case is **dismissed**.

*/Patricia M. Mayer/*

**Date:  1/8/26**

                             **PATRICIA M. MAYER**
                             **U.S. BANKRUPTCY JUDGE**

Copy to:

Heidi M Garrison
36 Canal Street
Leesport, PA 19533